IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01805-MSK-BNB

DALE TENNY,

Plaintiff,

v.

BOULDER SCIENTIFIC COMPANY, a Colorado corporation,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Unopposed Motion to Vacate November 15 Scheduling Conference and Reset Related Deadlines** (the "Motion"), filed on November 7, 2005.

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for November 15, 2005 is **vacated and reset to November 30, 2005, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **November 23, 2005**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  November 9, 2005