IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01805-MSK-BNB

DALE TENNY,

Plaintiff,

v.

BOULDER SCIENTIFIC COMPANY, a Colorado corporation,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **February 23, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 2, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge