IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01805-MSK-BNB

DALE TENNY,

        Plaintiff,

v.

BOULDER SCIENTIFIC COMPANY, a Colorado corporation,

        Defendant.

_____

**ORDER DISMISSING CASE
WITH PREJUDICE**
_____

        THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice **(#32)**. Having reviewed the Motion and being fully apprised;

        IT IS HEREBY ORDERED that the Motion is GRANTED. This case is dismissed with prejudice, each party is to pay its own attorneys' fees and costs.

        DATED this 14TH day of March 2006.

                                                 **BY THE COURT:**

                                               Marcia S. Krieger
                                               United States District Judge